IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORENZO FLORES and SIMBA FLORES, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case 4:23-cv-02509 |
| TRUSSWAY MANUFACTURING, LLC, | § § § | |
| Defendant. | § | |

**JOINT MOTION TO ADVISE COURT OF SETTLEMENT, REQUEST A STAY OF DEFENDANT'S REPSONSIVE PLEADING DEADLINE, AND TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Lorenzo Flores and Simba Flores ("Plaintiffs") and Defendant Trussway Manufacturing, LLC ("Trussway" of "Defendant") (together the "Parties") respectfully file this Joint Motion advising the Court of a proposed settlement between the Parties and requesting an order from the Court: (i) setting **October 31, 2023** as the deadline for Plaintiffs to file their Motion for Preliminary Approval; (ii) staying Trussway's deadline to respond to Plaintiffs' Complaint which is currently set for October 5, 2023; and (iii) if the Court denies Preliminary Approval, resetting Trussway's responsive pleading deadline for 30 days after the denial of Preliminary Approval.

Good cause exists to grant this Joint Motion based on the following facts:

1.  Plaintiffs filed their Complaint on July 10, 2023, in the United States District Court for the Southern District of Texas, Houston Division, and Trussway was served on July 13, 2023. *See* ECF No.s 1 and 7.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant's original deadline to answer or otherwise respond to the Complaint was August 3, 2023.

3. Since being served with the Complaint, Trussway moved for two unopposed extensions of time to respond to the Complaint (ECF No.'s 10, 12) which were granted by the Court. *See* EF No.s 11, 13.

4. Trussway's current deadline to respond to the Complaint is October 5, 2023. ECF No. 13.

5. Over the last two months, counsel for Plaintiffs and counsel for Trussway have exchanged information and engaged in continued discussions to resolve this case. Following lengthy arms-length negotiation and discussion, the Parties have reached an agreement on the material terms of a proposed class action settlement.

6. The Parties are currently working on drafting the formal Settlement Agreement. Based upon timely completion of that Settlement Agreement, Plaintiffs intend to file their Motion for Preliminary Approval on or before October 31, 2023.

7. In light of the above, Plaintiffs and Defendant hereby request an order from the Court (1) staying Trussway's deadline to respond to Plaintiffs' Complaint which is currently set for October 5, 2023; (2) setting the deadline to file the Motion for Preliminary Approval on October 31, 2023; and (3) if the Court denies Preliminary Approval, resetting Trussway's Responsive Pleading Deadline for 30 days after the denial of Preliminary Approval.

8. A proposed Order is attached hereto.

Dated this 20th day of September, 2023.

[*Signatures on Following Page*]

4885-4074-5089.1

Respectfully Submitted,

TURKE & STRAUSS LLP

By: */s/ Raina C. Borelli*
    Raina C. Borelli (PHV)
    Samuel J. Strauss*
    TURKE & STRAUSS LLP
    613 Williamson Street, Suite 201
    Madison, Wisconsin 53703
    Telephone: (608) 237-1775
    Facsimile: (608) 509-4423
    raina@turkestrauss.com
    sam@turkestrauss.com

    Joe Kendall
    Texas SBN: 11260700
    Kendall Law Group, PLLC
    3811 Turtle Creek Blvd., Ste 1450
    Dallas, TX 75219
    Telephone: (214) 744-3000
    Facsimile: (214) 744-3015
    jkendall@kendalllawgroup.com

*Counsel for Plaintiffs and Proposed Class*

Respectfully Submitted,

BAKER & HOSTETLER LLP

By: */s/ Michelle R. Gomez*
    Michelle R. Gomez
    Texas SBN: 24087598
    Southern District of TX Bar No. 3834343
    Casie D. Collignon*
    1801 California St., Suite 4400
    Denver, CO 80202-2662
    Telephone: 303.861.0600
    Facsimile: 303.861.7805
    mgomez@bakerlaw.com
    ccollignon@bakerlaw.com

*Counsel for Defendant*
*Trussway Manufacturing, LLC*

*\*Pro Hac Vice to be Filed*