United States District Court
Southern District of Texas
**ENTERED**
October 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORENZO FLORES and SIMBA FLORES, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case 4:23-cv-02509 |
| TRUSSWAY MANUFACTURING, LLC, | § § § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR STAY OF DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND SETTING DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Before this Court is the Parties Joint Motion regarding settlement, a request for a stay of Defendant Trussway Manufacturing, LLC's ("Trussway's") responsive pleading deadline, and request to set a deadline to file Plaintiffs' Motion for Preliminary Approval (the "Joint Motion"). The Court, having considered the Joint Motion and finding good cause, orders as follows:

**IT IS HEREBY ORDERED** that Defendant Trussway's deadline to respond to Plaintiffs' Complaint, which is currently set for October 5, 2023, is **STAYED**;

**IT IS FURTHER ORDERED** that Plaintiffs will file their Motion for Preliminary Approval by October 31, 2023, and if the Court denies preliminary approval, then Trussway's responsive pleading will be due 30 days after the denial of preliminary approval.

SIGNED on _____October 4_____, 2023.

_____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE