# HEARING MINUTES

| | |
|---|---|
| Cause No: | 4:23-CV-2509 |
| Style: | Flores et al v. Trussway Manufacturing, LLC |
| Hearing Type: | Motion hearing |

**Appearances:**

| Counsel | Representing |
|---|---|
| Raina C. Borrelli | Plaintiffs |
| Michelle Rose Gomez | Defendant |
| Carolyn Chen | Defendant |

Date: May 29, 2024  
Time: 10:35 a.m.—10:46 a.m.

Court reporter: ERO  
Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a motion hearing. Plaintiffs' motion for approval of the class action settlement and motion for attorney's fees [Dkt. 21; Dkt. 26] are **GRANTED**.